UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND PAWLYK,<br><br>    Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION, A Delaware Corporation doing business in the State of New York,<br><br>    Defendant. | Civil Action No. 07-CV-10358 (CLB)<br><br>**STIPULATION AND CONSENT ORDER TO SUBSTITUTE A PARTY AND EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

This matter having been brought before the Court on the joint application of Defendant Life Insurance Company of North America ("LINA"), improperly pled as Cigna Corporation, by its counsel, Gibbons P.C. and plaintiff Raymond Pawlyk, by his counsel The Lynch Law Firm, P.C., for the entry of a Stipulation and Consent Order to Substitute a Party and Extend Time to Answer, Move or Otherwise Respond as to the Complaint; and it being stipulated and agreed that LINA is the correct defendant to this action and that Cigna Corporation was improperly pled; it being further stipulated that (1) service of process was effected on LINA on November 27, 2007, (2) no previous extension has been obtained, (3) without the an extension, an Answer or other Response would be due December 17, 2007, and (4) with the extension, the Answer or other Response would be due January 16, 2008; and good cause appearing for the entry of an Order extending the time in which the defendant may answer, move or otherwise respond as to the Complaint,

IT IS on this ___14___ day of December, 2007,

#1251748 v1
106782-61637

ORDERED that Life Insurance Company of North America be and is hereby substituted as the defendant for Cigna Corporation and this matter shall hereafter be captioned <u>Raymond Pawlyk v. Life Insurance Company of North America</u>; and it is further

ORDERED that Cigna Corporation is dismissed from this matter without prejudice; and it is further

ORDERED that the time within which Defendant LINA may answer, move or otherwise respond as to the Complaint be and hereby is extended to January 16, 2008.

STIPULATED AND AGREED TO BY:

_____
E. Evans Wohlforth, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4879
Fax: (973) 639-6486
*Attorneys for Defendant Life Insurance Company of North America*

_____
James S. Lynch, Esq.
LYNCH LAW FIRM, P.C.
222 Route 59, Suite 111
Suffern, New York 10901
Tel: (800) 656-9529
*Attorneys for Plaintiff Raymond Pawlyk*

SO ORDERED: December 14, 2007

_____
Honorable Charles L. Brieant
United States District Judge

#1251748 v1
106782-61637



E. EVANS WOHLFORTH, JR.
Counsel

Gibbons P.C
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4879 Fax: (973) 639-6486
ewohlforth@gibbonslaw.com

December 13, 2007

**VIA OVERNIGHT MAIL**

Hon. Charles L. Brieant
United States District Judge
U.S. District Court for the Southern District
 of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

      Re:  **Raymond Pawlyk v. Cigna Corporation**
            **Civil Action No. 07-CV-10358 (CLB)**

Dear Judge Brieant:

This law firm represents defendant Cigna Corporation ("Cigna") and Life Insurance Company of North America ("LINA") in the above referenced matter. Please find enclosed our Stipulation and Consent Order to Substitute a Party and Extend Time to Answer Move or Otherwise Respond to Complaint, executed by counsel for all parties. This Stipulation substitues LINA for Cigna as the proper defendant and extends our time to answer the complaint on behalf of LINA. I have discussed this stipulation with Mrs. Cama of the Court's chambers.

If the enclosed meets with the Court's approval, we respectfully request that Your Honor endorse it as "So Ordered" and enter it on the docket of the Clerk of the Court. Please do not hesitate to have the Court's staff contact me with any questions about the enclosed or if anything further is required.

Respectfully submitted,

E. Evans Wohlforth, Jr.
Counsel

EEW/slc

Enclosures

cc: James S. Lynch, Esq. (via overnight courier)