

E. EVANS WOHLFORTH, JR.
Counsel

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4879 Fax: (973) 639-6486
ewohlforth@gibbonslaw.com

January 9, 2008

**VIA FACSIMILE**

Hon. Charles L. Brieant
United States District Judge
U.S. District Court for the Southern District
 of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601
Attn: Mrs. Alice Cama

> Re: **Raymond Pawlyk v. Cigna Corporation**
> **Civil Action No. 07-CV-10358 (CLB)**

Dear Judge Brieant:

This law firm represents defendant Life Insurance Co. of North America in the above-referenced matter, previously scheduled for an initial conference before the Court this Friday, January 11, 2008. I write to confirm the substance of the telephone conference with Mrs. Cama and my adversary of today. Counsel advised Mrs. Cama that we are in agreement that this matter should be referred to mediation pursuant to Local Civ. R. 83.12. Mrs. Cama advised us that the Court will issue an Order referring the case to mediation. She further stated that the initial conference set for the 11th has been rescheduled to March 14, 2008 at 9:30.

We understand that the Court will be issuing the appropriate Orders to effectuate the above. We thank the Court and Mrs. Cama for her efficient assistance in this matter. Please do not hesitate to have the Court's staff contact me with any questions or if anything further is required.

Respectfully submitted,

E. Evans Wohlforth, Jr.
Counsel

EEW/slc

cc: Arthur Lynch, Esq. (via facsimile)