E. Evans Wohlforth, Jr., Esq. (EW-1425)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4879
Fax: (973) 639-6486
Attorneys for Defendant Life Insurance Company
      of North America

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND PAWLYK,<br><br>        Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>        Defendant. | Civil Action No.: 07-cv-10358 (CLB)(GAY)<br><br><br>**RULE 7.1 DISCLOSURE**<br><br><br>Document filed electronically |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies to the following information:

1.      Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings, Inc., which is a wholly owned subsidiary of CIGNA Corporation, a publicly traded company.

2.      CIGNA Corporation has no parent company, and there is no publicly held company that owns 10% or more of the stock of CIGNA Corporation.

Dated: January 16, 2007
      Newark, New Jersey

                       s/ E. Evans Wohlforth, Jr. Esq.,
                       E. Evans Wohlforth, Jr. (EW-1425)
                       **GIBBONS P.C.**
                       One Gateway Center
                       Newark, New Jersey 07102
                       973-596-4500
                       ewohlforth@gibbonslaw.com
                       Attorneys for Defendant Life Insurance
                       Company of North America