

E. EVANS WOHLFORTH, JR.
Counsel

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4879 Fax: (972) 639-8486
ewohlforth@gibbonslaw.com

March 3, 2008

**VIA FACSIMILE (With Permission) (914) 390-4085**

Hon. Charles L. Brieant
United States District Judge
U.S. District Court for the Southern District
 of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601
Attn: Mrs. Alice Cama

>   Re: **Raymond Pawlyk v. Cigna Corporation
>    Civil Action No. 07-CV-10358 (CLB)**

Your Honor:

    Pursuant to the telephone conference today with Mrs. Cama of chambers, I write to confirm that the date for the initial conference in the above-referenced matter has been rescheduled to April 18, 2008 at 9:00 a.m. The conference is presently scheduled for March 14, 2008. My adversary, Mr. Lynch, and I requested this adjournment in light of the court-ordered mediation presently scheduled for April 14, 2008. We confirm Mrs. Cama's further advice that no further adjournments of this conference will be granted.

    We thank Your Honor for your accommodation of this request. Please do not hesitate to have the Court's staff contact me with any questions or if I may be of assistance to the Court.

Respectfully submitted,

E. Evans Wohlforth, Jr.
EEW/cmd

cc: Arthur V. Lynch, Esq. (via facsimile)