

# LYNCH
## LAW FIRM
A PROFESSIONAL CORPORATION

www.lynchlawyers.com
Toll Free (800) NJNYLAW
Tel 800.656.9529
Fax 888.271.9726

April 17, 2008

**By Fax (914)-390-4085**
Ms. Alice Cama, Senior Court Clerk
Honorable Charles Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re: Pawlyk vs. Cigna**
Docket Number 07 CV 10358 (CLB)

Dear Ms. Cama:

This letter will confirm our discussion of earlier today, in which you advised that no appearance is necessary for the conference which was set for tomorrow morning.

You have advised that in the event that the stipulation of discontinuance is not sent by fax to the Court on or before May 2, 2008, an appearance before Judge Brieant will be necessary on **May 2, 2008 at 9:00 a.m.**

Thank you for the courtesies that you have extended in this matter.

Very truly yours,

Arthur V. Lynch, Of Counsel

(00082175)

44 Eisenhower Drive, Third Floor, Paramus, NJ 02652
142 Joralemon Street, Second Floor, Brooklyn, NY 11201
227 Route 59, Suite 117, Suffern, NY 10901

Cc:

by fax (973)-639-6486
E. Evans Wohlforth, Esq.
Gibbons, PC
One Gateway Center
Newark, New Jersey

{00082373.DOC}