*Bryant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND PAWLYK,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH
AMERICA (originally pled as CIGNA
CORPORATION), A Delaware Corporation
doing business in the State of New York,

        Defendant.

---

Civil Action No. 07-CV-10358 (CLB)

& ORDER

STIPULATION OF DISMISSAL WITH PREJUDICE

    All claims in the above matter having been amicably resolved by and between the parties, the complaint in the above-captioned matter is hereby dismissed in its entirety, including any cross-claims, counterclaims, and third-party claims, with prejudice and without cost or fees to any party.

_____
E. Evans Wohlforth, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Dated: 4/28/08

Attorneys for Defendant

_____
James S. Lynch, Esq.
LYNCH LAW FIRM, P.C.
222 Route 59, Suite 111
Suffern, New York 10901
Dated: 4/25/08

Attorneys for Plaintiff

SO ORDERED.

DATED: April 29, 2008

_____
Charles Brieant
U.S.D.J.

#1302778 v1
106782-61637